IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Jeana Stegman,

    Plaintiff,

-vs-

Holiday Inn,

    Defendant.

Case No. 3:16-cv-79

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends the dismissal of the plaintiff's complaint and denial of the defendant's motion for attorney fees. No party has filed objections to the Report and Recommendation and the time for doing so has expired.

Upon consideration of the entire record, the court finds the magistrate judge's analysis is appropriate. The court hereby adopts the Report and Recommendation in its entirety. **IT IS HEREBY ORDERED** that the defendant's motion to dismiss is **GRANTED** and the plaintiff's complaint is **DISMISSED**. The defendant's motion for attorney fees is **DENIED**. The Clerk is directed to mail this Order to the plaintiff's last known address and provide a copy to her via email at jeana.js@gmail.com.

The court finds any appeal would be frivolous, cannot be taken in good faith, and may not be taken *in forma pauperis*.

    **IT IS SO ORDERED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 17th day of August, 2017.

    */s/ Ralph R. Erickson*
    Ralph R. Erickson, District Judge
    United States District Court

---

[1] Doc. #42.